# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0875. MARCHELLO CALIK LEWIS v. THE STATE.**

Marchello Calik Lewis filed this direct appeal following the trial court's grant of an out-of-time appeal. An appeal has already been docketed from the same order.[1] See Case No. A19A0789. Accordingly, this appeal is duplicative, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/20/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Lewis filed a premature notice of appeal before the trial court entered its written order granting the out-of-time appeal. After the trial court entered its order, Lewis filed a second notice of appeal. The first notice of appeal was deemed "ripened" after entry of the trial court's order. See *Berrien v. State*, 300 Ga. 489, 491 n. 2 (796 SE2d 718) (2017). Lewis was thus not required to file a second notice of appeal.